# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHERYLE PATTERSON, | § |
| Plaintiff, | § Civil Action No. 2:19-cv-02279-RBS |
| v. | § |
| DIVERSIFIED CONSULTANTS, INC., | § |
| Defendant. | § |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: July 25, 2019

/s/ Amy L. B. Ginsburg
Amy L. B. Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Fax: 215-540-8817
Email: teamkimmel@creditlaw.com

## CERTIFICATE OF SERVICE

      I, Amy L. B. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Voluntary Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Andrew J. Blady, Esq.
Sessions, Fishman, Nathan & Israel
3682 Green Ridge Road
Furlong, PA 18925
Phone: 267-544-0840
Email: ablady@sessions.legal
Attorney for Defendant

July 25, 2019                        /s/ Amy L. B. Ginsburg
                                        Amy L. B. Ginsburg, Esq.
                                        Kimmel & Silverman, P.C.
                                        30 East Butler Pike
                                        Ambler, PA 19002
                                        Phone: 215-540-8888
                                        Fax: 215-540-8817
                                        Email: teamkimmel@creditlaw.com